JOSEPH DURISH, Appellant, v. MARY DINGA, Respondent.— Plaintiff has appealed from a judgment in defendant's favor in an action to recover damages for assault and battery. Only questions of fact are involved in this case. The evidence sustains the jury's verdict. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Estate of JOHN P. KELLAS, Deceased, Late of the Town of Malone, Franklin County, New York.— This is an appeal from the order of the Franklin County Surrogate's Court denying an application made by appellant LeRoy M. Kellas to revise the stipulation entered into by the parties in open court on the trial herein. Substantially the same question was submitted and argued before this court and denied at the March, 1941, term on appellant's motion for the appointment of a referee, which motion was made in conjunction with his motion for a reargument of the original appeal on his appeal from an order of the Surrogate's Court denying his motion for a new trial on the ground of newly-discovered evidence. [See 261 App. Div. 1117.] The order herein appealed from should be affirmed. Order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ. [See, also, 256 App. Div. 425; affd., 281 N. Y. 813; motion to reargue denied, 283 id. 588; 262 App. Div. 921.]

In the Matter of Supplementary Proceedings: JACOB RUPPERT, Judgment Creditor, Respondent, v. ERIK ERIKSON, Judgment Debtor. ANITA A. PROPPER and NELLIE JACOBS, Doing Business as JACOBS BUSINESS SERVICE, Assignees, and MILTWESS REALTY COMPANY, INC., Appellants.— Controversy between judgment creditor and assignees as to ownership of fund arising from the surrender of a liquor tax certificate. The money is now in the possession of the Comptroller of the State. The ownership of the fund may not be determined summarily. (*Hunter Printing Co., Inc.*, v. *Ace Restaurant, Inc.*, 258 App. Div. 1020.) There is an arguable controversy which should be determined in a plenary action. Order reversed on the law and facts, with ten dollars costs and disbursements to appellants Propper and Jacobs, d. b. a. Jacobs Business Service, and with ten dollars costs and disbursements to Miltwess Realty Company, Inc. Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.